AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Humrickhouse, Stephani W. | 2. Court or Organization

Bankruptcy Court - Eastern District of North Carolina | 3. Date of Report

6/12/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

US Bankruptcy Court (FT) | 5a. Report Type (check appropriate type)

☐ Nomination    Date
☐ Initial   ☑ Annual    ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2017
to
12/31/2017 |

**7. Chambers or Office Address**

Second Floor
300 Fayetteville Street
Raleigh, NC 27601

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Campbell University School of Law, Board of Visitors |
| 2. | Board Member | North Carolina Museum of History Associates |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | FMI Corp W-2 |
| 2. | 2017 | FMI Corp 1120S K-1 |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 3/12/2017 - 3/18/2017 | Charleston, SC | FJC Bankruptcy Judges Workshop and Retirement Seminar | Lodging, Meals, Travel |
| 2. | Eastern Bankruptcy Institute | 6/1/2017 - 6/3/2017 | N. Myrtle Beach, SC | Eastern Bankruptcy Institute | Lodging |
| 3. | Federal Judicial Center | 8/27/2017 - 8/30/2017 | Washington, DC | FJC Faculty Development Seminar | Lodging, Meals, Travel |
| 4. | National Conference of Bankruptcy Judges | 10/8/2017 - 10/11/2017 | Las Vegas, NV | National Conference of Bankruptcy Judges | Lodging, Meals, Travel |
| 5. | North Carolina Bar Association | 12/1/2017- 12/2/2017 | Ashville, NC | Annual North Carolina Bar Bankruptcy Institute | Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

| 6. | Turnaround Management Association | 12/4/2017 - 12/5/2017 | Charlotte, NC | Annual Bankruptcy Judges' Panel | Lodging, Meals, Travel |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | D | Interest | M | T | | | | | |
| 2. Fidelity Capital Appreciation Fund | A | Int./Div. | K | T | | | | | |
| 3. FMI 401K | | | | | | | | | |
| 4. --R6 Eagle Small Cap Growth (Carillon) HSRUX | A | Dividend | K | T | Buy | 03/01/17 | J | | |
| 5. | | | | | Sold (part) | 09/01/17 | J | | |
| 6. | | | | | Sold (part) | 12/01/17 | K | | |
| 7. --Harbor Capital Appreciation Inst Div HACAX | | None | M | T | Sold (part) | 03/01/17 | J | | |
| 8. | | | | | Sold (part) | 09/01/17 | J | | |
| 9. | | | | | Sold (part) | 12/01/17 | K | | |
| 10. --Hartford Int'l Opp R5 IHOTX | A | Dividend | K | T | Sold (part) | 03/01/17 | J | | |
| 11. | | | | | Sold (part) | 09/01/17 | J | | |
| 12. | | | | | Sold (part) | 12/01/17 | K | | |
| 13. --John Hancock Disc. Value JDVWX | | None | M | T | Buy | 03/01/17 | J | | |
| 14. | | None | | | Sold (part) | 09/01/17 | K | | |
| 15. | | | | | Sold (part) | 12/01/17 | K | | |
| 16. --MFS International Value R4 MINHX | A | Dividend | K | T | Sold (part) | 03/01/17 | J | | |
| 17. | | | | | Sold (part) | 09/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/01/17 | J | | |
| 19. --Metropolitan West Total Return Bond MWTRX | C | Int./Div. | K | T | Buy | 03/01/17 | J | | |
| 20. | | | | | Buy | 09/01/17 | J | | |
| 21. | | | | | Sold (part) | 12/01/17 | K | | |
| 22. --Principal Real Estate Securities Inst. PIREX | C | Dividend | L | T | Sold (part) | 03/01/17 | J | | |
| 23. | | | | | Sold (part) | 09/01/17 | K | | |
| 24. | | | | | Sold (part) | 12/01/17 | J | | |
| 25. --Prudential Jennison Health Sciences PHSZX | B | Dividend | L | T | Sold (part) | 03/01/17 | K | | |
| 26. | | | | | Sold (part) | 09/01/17 | J | | |
| 27. | | | | | Sold (part) | 12/01/17 | J | | |
| 28. --TRowe Price Science and Tech/Adv PRSCX | A | Dividend | L | T | Sold (part) | 03/01/17 | K | | |
| 29. | | | | | Sold (part) | 09/01/17 | J | | |
| 30. | | | | | Sold (part) | 09/01/17 | J | | |
| 31. -- Vanguard Mid Cap Index Admiral VIMAX | A | Dividend | K | | Buy | 03/01/17 | J | | |
| 32. | | | | | Buy | 09/01/17 | J | | |
| 33. | | | | | Sold (part) | 12/01/17 | J | | |
| 34. --Wells Fargo Stable Return Fund N | C | Interest | O | T | Buy | 03/01/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 09/01/17 | L | | |
| 36. | | | | | Buy | 12/01/17 | L | | |
| 37. Etrade | | | | | | | | | |
| 38. --1 Share S&P Midcap ETF (IJH) | A | Dividend | K | T | | | | | |
| 39. --1 Share S&P Small Cap ETF (IJR) | A | Dividend | K | T | | | | | |
| 40. --BTCS (Bitcoin) | | None | J | T | Buy | 12/20/17 | J | | |
| 41. | | | | | Sold (part) | 12/26/17 | J | A | |
| 42. --SPDR S&P Small Capital Growth ETF (SLYG) | A | Dividend | J | T | | | | | |
| 43. Vanguard Brokerage Acct | | | | | | | | | |
| 44. --Vanguard S&P 500 Index ETF (VOO) | A | Dividend | K | T | | | | | |
| 45. --Vanguard Short Term Tax Exempt VWSTX | A | Dividend | J | T | | | | | |
| 46. --Vanguard Prime Money Mkt Fund VMMXX (checking) | A | Interest | M | T | | | | | |
| 47. --Vanguard Large Capital ETF VV | A | Dividend | L | T | | | | | |
| 48. ---Capital One Bank CD | B | Interest | M | T | | | | | |
| 49. Fisher/Morgan Stanley Man. Inv. Acct. | | | | | | | | | |
| 50. --i Shares MSCI Euro-zone ETF (EZU) | A | Dividend | | | Sold | 03/08/17 | K | A | |
| 51. --i Shares Global Consumer STP ETF (KXI) | A | Dividend | | | Sold | 08/01/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --SPDR High Yield ETF (JNK) | A | Dividend | K | T | | | | | |
| 53. --EUFN | A | Dividend | K | T | Buy | 04/28/17 | K | | |
| 54. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 55. --EWJ | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 56. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 57. --FBGX | A | Dividend | K | T | | | | | |
| 58. --FIEE UBS AG London BRIT | | None | K | T | | | | | |
| 59. --IEV I Shares Europe ETF | B | Dividend | L | T | Buy | 06/08/17 | J | | |
| 60. --FIGY | A | Dividend | J | T | | | | | |
| 61. --IXN (ETF) | A | Dividend | K | T | | | | | |
| 62. --IXP | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 63. --JP Morgan Municipal Fund (now called Morgan Stanley Money Market) | A | Interest | J | T | | | | | |
| 64. --LQD (ETF) | C | Dividend | M | T | Buy | 01/17/17 | K | | |
| 65. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 66. --MBB (ETF) | A | Dividend | K | T | Buy | 11/21/17 | J | | |
| 67. --QQQ (ETF) | A | Dividend | L | T | | | | | |
| 68. --SCPB (ETF) | A | Dividend | | | Sold | 01/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --TFI (ETF) | A | Dividend | K | T | Buy | 02/08/17 | J | | |
| 70. --XLG (ETF) | A | Dividend | K | T | Sold (part) | 06/05/17 | J | C | |
| 71. | | | | | Sold (part) | 10/13/17 | J | C | |
| 72. --XLF (ETF) | B | Dividend | J | T | Sold (part) | 04/25/17 | K | D | |
| 73. | | | | | Sold (part) | 06/05/17 | J | B | |
| 74. | | | | | Sold (part) | 10/13/17 | J | B | |
| 75. --XLP | A | Dividend | J | T | Buy | 10/01/17 | J | | |
| 76. --XLV (ETF) | A | Dividend | K | T | | | | | |
| 77. --XLY (ETF) | A | Dividend | | | Sold (part) | 04/25/17 | J | D | |
| 78. | | | | | Sold | 06/05/17 | J | C | |
| 79. --VIS | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 80. --VWO | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 81. Janney, Montgomery, Scott (fka Scott&Stringfellow IRA -Managed Account | | | | | | | | | |
| 82. --BP Capital Twin MLP Fund (BPMAX) | A | Dividend | K | T | | | | | |
| 83. --BAEIX (mutual fund) | D | Dividend | N | T | | | | | |
| 84. --Cullen High Div. Equity Classic (CHVCX) | D | Dividend | N | T | | | | | |
| 85. --Federated Treasury Fund (cash acct) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Merrill Lynch Wealth Management - CMA | | | | | | | | | |
| 87. --ALLSTATE CORP. Preferred Stock ALLPRA | A | Dividend | K | T | | | | | |
| 88. --Cohen and Steers (RQI) | A | Dividend | | | Sold | 01/18/17 | J | B | |
| 89. --Conoco Phillips (COP) | A | Dividend | | | Sold | 01/12/17 | J | A | |
| 90. --Eli Lilly (LLY) | A | Dividend | K | T | | | | | |
| 91. --Exxon Mobile (XOM) | A | Dividend | | | Sold | 01/12/17 | J | A | |
| 92. --Ford (F) | A | Dividend | | | Sold | 01/08/17 | J | A | |
| 93. --Intel (INTC) | A | Dividend | K | T | | | | | |
| 94. --Merck (MRK) | A | Dividend | | | Sold | 01/23/17 | J | | |
| 95. --Merrill Lynch (FIA Card Services) Bank Deposit Program (cash) | A | Int./Div. | J | T | | | | | |
| 96. --Nuveen Float Rate (JFR) | A | Dividend | J | T | Sold (part) | 01/12/17 | K | A | |
| 97. | | | | | Buy | 05/09/17 | J | | |
| 98. --Nuveen Ins. (NEA) | A | Dividend | | | Sold | 01/12/17 | J | A | |
| 99. --Powershares Variable Rate (VRP) | A | Dividend | K | T | | | | | |
| 100. --RDSA (Royal Dutch) | A | Dividend | | | Sold | 01/12/17 | J | A | |
| 101. --RDSB Royal Dutch Shell Preferred | A | Dividend | | | Sold | 01/12/17 | K | B | |
| 102. Merrill Lynch Wealth Management - IRA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Alger Spectra (ASPZX) | A | Dividend | K | T | | | | | |
| 104.  -Bank of America, NA, RAST (FIA Card Svc Cash (11AXX)) | A | Int./Div. | J | T | | | | | |
| 105.  -BLACK ROCK CREDIT (BCX) | A | Dividend | J | T | | | | | |
| 106.  -BLACK ROCK CREDIT (BTZ) | A | Dividend | J | T | | | | | |
| 107.  -Clearbridge Energy (CEM) | A | Dividend | J | T | | | | | |
| 108.  -Cohen and Steers (RQI) | A | Dividend | J | T | Sold (part) | 02/06/17 | J | A | |
| 109. | | | | | Sold (part) | 03/02/17 | J | A | |
| 110.  -Conoco Phillips | A | Dividend | | | Sold | 05/09/17 | J | | |
| 111.  --Credit Suisse | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 112.  -First Eagle (SG11X) | A | Dividend | K | T | | | | | |
| 113.  -First Solar FSLR | A | Dividend | | | Sold | 09/19/17 | J | | |
| 114.  -Highland Global (HCOYX) | A | Dividend | J | T | | | | | |
| 115.  -Intel INTC | A | Dividend | J | T | | | | | |
| 116.  --INVESCO (VVR) | A | Dividend | J | T | | | | | |
| 117.  --Johnson & Johnson | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 118.  --JFR-Nuveen Float | A | Interest | J | T | Buy | 05/19/17 | J | | |
| 119.  --KKR | A | Dividend | | | Sold | 05/12/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Morgan Stanley Emerging -(EDD) | B | Dividend | J | T | | | | | |
| 121.  --Oppenheimer Dev (ODVYX) | A | Dividend | J | T | | | | | |
| 122.  --Oppenheimer Int'l (OIGYX) | A | Dividend | K | T | | | | | |
| 123.  --Powershares Preferred Portfolio (PGX) | A | Dividend | K | T | | | | | |
| 124.  --Proctor & Gamble (PG) | A | Dividend | | | Sold | 03/02/17 | J | A | |
| 125.  --Royal Dutch Shell RDSB | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 126. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 127. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 128.  --Royal Dutch Shell RDSA | A | Dividend | J | | Buy | 03/27/17 | J | | |
| 129. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 130. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 131.  --Whirlpool WHR | A | Dividend | J | T | Buy | 03/02/17 | J | | |
| 132.  Edward Jones IRA #1 | | | | | | | | | |
| 133.  --AT&T | A | Dividend | J | T | | | | | |
| 134.  --Cash Account | A | Interest | J | T | | | | | |
| 135.  --Conoco Phillips | A | Dividend | J | T | | | | | |
| 136.  --Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Tiffany & Co. | A | Dividend | J | T | | | | | |
| 138. Edwards Jones IRA #2 | | | | | | | | | |
| 139. --Cash | A | Interest | J | T | | | | | |
| 140. --VanGuard GNMA Inv. Share | A | Dividend | J | T | | | | | |
| 141. Edward Jones Single One | | | | | | | | | |
| 142. --Cash Account | A | Interest | J | T | | | | | |
| 143. --American Funds TAIAX | B | Dividend | K | T | | | | | |
| 144. --Goldman Sachs CD | A | Interest | K | T | | | | | |
| 145. --Lincoln Life Ins. | A | Dividend | L | T | | | | | |
| 146. --Prudential Prem. Ret. Contract Annuity | C | Dividend | L | T | | | | | |
| 147. --Raleigh Durham Airport Bond | B | Interest | K | T | | | | | |
| 148. Edward Jones Single Two | | | | | | | | | |
| 149. --Amazon (AMZN) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 150. --AT&T (T) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 151. --DollarGen (DG) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 152. --Dover Corp (DOV) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 153. --Emerson Elec (EMR) | A | Dividend | J | T | Buy | 02/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  --Exxon Mobile (XOM) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 155.  --John Hancock Bond Fund (JHBIX) | A | Dividend | K | T | | | | | |
| 156.  --Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 157.  --Lord Abbott Short Duration (LDLFX) | A | Dividend | | T | Buy | 02/06/17 | J | | |
| 158.  --Microsoft (MSFT) | A | Dividend | J | T | | | | | |
| 159.  --Praxair (PX) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 160.  --Proctor & Gamble (PG) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 161.  --Scana (SCG) | A | Dividend | | | Buy | 02/06/17 | J | | |
| 162. | | | | | Sold | 09/25/17 | J | | |
| 163.  --Target (TGT) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 164.  --United Tech (UTX) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 165.  --Ventas (VTR) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 166.  --Verizon (VZ) | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 167.  Edward Jones Single Three | | | | | | | | | |
| 168.  --Cash Account | A | Interest | L | T | | | | | |
| 169.  --BellSouth Corp Bond | A | Dividend | J | T | | | | | |
| 170.  --Dallas Co. Tex Hosp Bond | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --Dallas Tex Transit Bid American Bonds | A | Dividend | J | T | | | | | |
| 172.  --GE Cap Bond | A | Dividend | J | T | | | | | |
| 173.  --McDonald's Corp. Bond | A | Dividend | J | T | | | | | |
| 174.  --Metro Transit Auth Rev Bond | A | Dividend | J | T | | | | | |
| 175.  Durham Arvin Partnership | | None | K | W | | | | | |
| 176.  FMI Corp. Stock | G | Distribution | N | U | | | | | |
| 177.  Nationwide Whole Life Insurance | | None | J | T | | | | | |
| 178.  North State Bank Acct | A | Interest | J | T | | | | | |
| 179.  Bank of America Bank Account | A | Interest | J | T | | | | | |
| 180.  Equitable Life Insurance (cash value) | A | Dividend | L | T | | | | | |
| 181.  Alpine 4 Technologies Ltd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 6/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544